```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
DARRYL JOHNSON,                     :
                                    :  Civil Action No. 05-1440 (RBK)
          Petitioner,               :
                                    :
     v.                             :         **O R D E R**
                                    :
FEDERAL BUREAU OF PRISONS,          :
et al.,                             :
                                    :
          Respondents.              :
_____:

    A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 having been filed in the above action;

    IT IS on this   9th   day of      May     , 2005;

    ORDERED that the Clerk of the Court shall serve copies of the Petition, this Order, and all other documents docketed in this matter upon Respondents by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

    ORDERED that Respondents shall file a full and complete Answer which responds to the allegations of Petitioner's claims within 45 days of the entry of this Order; and it is further

    ORDERED that Respondents' Answer shall respond to the factual and legal allegations of the Petition by each paragraph and subparagraph; and it is further

    ORDERED that Respondents shall raise by way of Answer any appropriate defenses which they wish to have the Court consider, including, with respect to asserted defenses, relevant legal

arguments with citations to appropriate legal authority; and it is further

ORDERED that the Answer shall be accompanied by certified copies of all documents required by copies of all transcripts or recordings of any proceedings, including all documentation that may be material to the questions raised in the Petition; and it is finally

ORDERED that Respondents shall file the original and three copies of the Answer and one set of the accompanying record of proceedings with the Clerk's Office at 402 East State Street, Room 2020, Trenton, New Jersey 08608.

S/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge